26 CV 01127

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jane Doe
_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

NYC Police Dept
Jane Doe(s), John Doe(s)
_____

Do you want a jury trial?

☑ Yes     ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Jane            Doe_

First Name              Middle Initial         Last Name

_____

Street Address

_____

County, City                        State                Zip Code

_____

Telephone Number                    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

_Jane Doe(s)_

Defendant 1:    _New York City Police Dept. John Doe(s)_

Name    _One Police Plaza_

Address where defendant may be served

_NY              NY          10038_

County, City                        State                Zip Code

Defendant 2:    _____

Name

_____

Address where defendant may be served

_____

County, City                        State                Zip Code

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                          State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_NYPD One Police Plaza, NY NY_

Name

_One Police Plaza_

Address

_NY     NY_                                          _10038_

County, City                          State              Zip Code

## III.    CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, for** employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:              _Hispanic_

☐ color:             _____

☐ religion:          _____

☒ sex:               _Female_

☒ national origin:   _Hispanic_

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____ *Hispanic* _____

☒ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____ *Prior to 1970* _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐    did not hire me

☐    terminated my employment

☐    did not promote me

☐    did not accommodate my disability

☒    provided me with terms and conditions of employment different from those of similar employees

☒    retaliated against me

☒    harassed me or created a hostile work environment

☐    other (specify):  _Unequal terms and conditions_
_of employment. Whistle Blower_

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_I will be submitting an amended complaint,_
_Retaliation, Hostile Work Environment,_
_Constructive Discharge, Disparate Treatment,_
_Race Color Discrimination Age Discrimination_
_Defamation, Similarly treated differently, Failure to_
_train, Derogatory Offensive Comments - Retaliation_
_on Protected activity, New Escalated conduct For_

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.  _all the above based on NYC,_
_Protected activity(ies)_
_NYS and Federal Laws_

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? _On or about May 2025_

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? _June 4, 2025_

When did you receive the Notice? _July 18, 2025_

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_Management were on Notice of internal issues. Complaints were filed with management, EEO office and there was a failure to respond, after the complaints the Retaliation Escalated_

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _2/10/26_ | _Jane Doe_ |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| _Jane Doe_ | | |
| First Name | Middle Initial | Last Name |

_____
Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☒ No     _N/A_

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Gmail

---

## New filing for an EEO Case

3 messages

---

Thu, Oct 16, 2025 at 8:39 PM

To: Prose@nysd.uscourts.gov

Dear Rep

I wish to file an EEO case and unsure the process and I have a statute of limitations I wish to preserve.

I need to pay but unsure how to pay I could not find it on the court website and your office is clsed

📄 419K

---

Thu, Oct 16, 2025 at 8:40 PM

Draft To: Prose@nysd.uscourts.gov

[Quoted text hidden]

📄 419K

---

Mon, Dec 15, 2025 at 5:18 AM

To: Prose@nvsd.uscourts.gov

Good morning

I previously submitted this complaint and did not receive a response from the court rep. Please advise do that I can make payment
Thank you

..

Sent from my iPhone

> On Oct 16, 2025, at 8:39 PM,                                    .e:
>
>
[Quoted text hidden]

📄 419K

---

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/04/2025

*Received 7/18/25*

**To:**

Charge No:

EEOC Representative and email:   SYLVESTER PHEKOO
Investigator Support Assistant
Sylvester.Phekoo@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
06/04/2025
Arlean Nieto
Acting District Director

**Cc:**
NA NA
NYC police dept
1 POLICE PLZ
NEW YORK, NY 10038

Stephanie Stewart
NYPD Legal Bureau One Police Plaza, Room 1406
New York, NY 10038

Please retain this notice for your records.