# 26 CV 01127

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jane Doe_

Write the full name of each plaintiff or petitioner.

Case No. ____ CV ____

-against-

_New York City Police Depardment, Jane Doe(s) John Doe(s)_

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that _Plaintiff_ _Jane Doe_
                        plaintiff or defendant    name of party who is making the motion

requests that the Court:

_"Jane Doe" Motion to Proceed under Pseudanum_

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

Dated: 2/10/26

Signature: _Jane Doe_

Name _____

Prison Identification # (if incarcerated) _____

Address _____ City _____ State _____ Zip Code _____

Telephone Number (if available) _____ E-mail Address _____

RECEIVED SDNY PRO SE OFFICE 2026 FEB 10 PM 2: 05