26 CV 01127

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Jane Doe

Fill in above the full name of each plaintiff or petitioner.

Case No. _____ CV· _____

-against-

New York City Police Deptardment, Jane Doe(s) John Doe(s)

Fill in above the full name of each defendant or respondent.

## DECLARATION

To Remain Jane Doe due to sensitive Nature of the case and work was of a sensitive matter and sensitive Data and confidential.

Briefly explain above the purpose of the declaration, for example, "In Opposition to Defendant's Motion for Summary Judgment."

I, Jane Doe, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

The case is regarding sensitive data which is highly protected and confidential.

Attach additional pages and documents if necessary.

2/10/26
Executed on (date)

Signature

Jane Doe
Name

Prison Identification # (if incarcerated)

Address                City           State        Zip Code

Telephone Number (if available)       E-mail Address (if available)