UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

v.

NEW YORK CITY POLICE DEPT.,

Defendant.

**ORDER**

26 Civ. 1127 (ER)

RAMOS, D.J.

Jane Doe, who is proceeding *pro se*, paid the fees to commence this action. Doe filed this employment discrimination action on February 10, 2026. Doc. 1. On the same date, Doe filed a motion to proceed under a pseudonym. Docs. 3–4. The Court denied that motion without prejudice on February 20, 2026. Doc. 8. The Court concluded that Doe did not provide sufficient information for evaluation of her motion. *Id.* There has been no further activity in this action since the Court's February 20, 2026 order.

The Court grants Doe 30 days' leave to either file an amended complaint with her real name, signature, and address, or in the alternative, file an amended motion and declaration to proceed under a pseudonym. If Plaintiff decides to file the amended motion, the Court instructs her to include additional detail as to the type of sensitive information involved in this action, the risks of disclosing that information, whether Doe is particularly vulnerable, and any other facts Doe thinks important for the Court to consider. If Doe does not wish to proceed in this matter under her real name, she may submit a letter asking the Court to voluntarily dismiss the case without prejudice under Federal Rule of Civil Procedure 41(a).

If the Plaintiff fails to take action by November 20, 2026, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.